ACCEPTED
06-14-00133-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/27/2015 2:27:39 PM
DEBBIE AUTREY
CLERK

No. 06-14-00133-CR

IN THE

COURT OF APPEALS

FOR THE SIXTH SUPREME

JUDICIAL DISTRICT OF TEXAS

TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/27/2015 2:27:39 PM
DEBBIE AUTREY
Clerk

DAVID MICHAEL DOLLINS,

Appellant

V.

THE STATE OF TEXAS,

Appellee

Appealed in Cause No. F-8840

8th Judicial District Court of Franklin County, Texas

APPELLEE MOTION FOR EXTENSION

By:/s/ Nicholas C. Harrison

Nicholas C. Harrison

Assistant District Attorney

State Bar No 24062768

P.O. Box 882

Sulphur Springs, Texas 75483

(903) 885-0641

NO. 06-14-00133-CR

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **6TH SUPREME JUDICIAL DISTRICT** |
| **DAVID MICHAEL DOLLINS** | § | **TEXARKANA, TEXAS** |

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES the State of Texas by and through her District Attorney for the Eighth Judicial District of Franklin County, Texas, regarding the above styled and numbered cause, and would respectfully request an extension of time for filing the State's brief in said case pursuant to Rule 73 of the Texas Rules of Appellate Procedure, and would respectfully show the following:

I.

The Brief for the State on appeal was due to be filed on or before 9th day of February 2015.

II.

That the State respectfully requests this Honorable Court to grant an extension of time of 30 days. In connection therewith, the State would show the following facts relied upon in good faith to show good cause to the Honorable Court of Appeals regarding this motion for extension of time:

The attorney for the State of Texas responsible for writing the Appellee's brief will be trying a multiple-indictment Indecency with a Child case during the week of February 2, 2015.

This request for an extension of time is sought not for delay but to provide the State with an adequate amount of time to properly respond to the Appellant's brief so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests and prays that the Honorable Court of Appeals grant an extension up to the present day to prepare and file an Appellee Brief.

Respectfully submitted,

Nicholas C. Harrison
Assistant District Attorney

By:/s/ Nicholas C. Harrison
Nicholas C. Harrison
Assistant District Attorney
State Bar No 24062768
P.O. Box 882
Sulphur Springs, Texas 75483
(903) 885-0641

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the attorney for the Defendant on January 27, 2015.

By:/s/ Nicholas C. Harrison

Nicholas C. Harrison

Assistant District Attorney

State Bar No 24062768

P.O. Box 882

Sulphur Springs, Texas 75483

(903) 885-0641

(903) 885-0640 (fax)